# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MECHELLE NICHOLSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | :   CIVIL ACTION NO. 1:19-cv-344-TFM-N |
| | : |
| RB2, LLC, d/b/a THE PURPLE COW CONVENIENCE STORE, | : |
| | : |
| Defendant. | : |

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order that was entered on July 20, 2020 (Doc. 11) and the subsequent Memorandum Opinion and Order that was entered on March 9, 2021 (Doc. 13), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** judgment is entered in favor of Plaintiff Mechelle Nicholson and against Defendant RB2, LLC, in the amount of **$70,928.53** as to her claims.  Attorneys' fees and costs are awarded in favor of Plaintiff Michelle Nicholson and against Defendant RB2, LLC, in the total amount of **$19,328.07**.  The total judgment recoverable is therefore **$90,256.60**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 10th day of March 2021.

                                                       s/Terry F. Moorer
                                                    TERRY F. MOORER
                                                    UNITED STATES DISTRICT JUDGE